United States District Court
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
FEB 1 6 2023
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

ANDY ACE WEIMER
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Sheriff department City Spokane WA
Badge # 592051 Stolz
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Case No. 2:23-cv-00045-TOR
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page 1 of 8

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: WEIMER ANDY ACE
Name (Last, First, MI)

1155 LEWIS CREEK RD
Street Address

PIERCE                    ID          83546
County, City              State       Zip Code

208 792 7412              idaho.andy92@gmail.com
Telephone Number          E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Sheriff department City Spokane WA
Name (Last, First)

1100 W Mallon Avenue
Street Address

Spokane                   WA          99260
County, City              State       Zip Code

Defendant 2: Badge # 592051 Stolz
Name (Last, First)

1100 W Mallon Avenue
Street Address

Spokane                   WA          99260
County, City              State       Zip Code

**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Street Address

_____
County, City        State        Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City        State        Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

EIGHTH Amendment ... nor cruel, and unusual Punishments inflicted.

### III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

#1 and #2

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: SPOKANE COUNTY WA

Date(s) of occurrence: 02/19/2020

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

officer Badge # 592051 Stolz
Constitutional Actions
Sheriff department City Spokane WA
Did not take actions From May 2018 To February 2019 Where 18 Complaint was filed against Stolz.

Badge# 592051 Stolz I said I want To wdeo

record this and he said keep your handis on The steering wheel. IF I had paper work on my showmobile I Told him by Law I didn't have to. he said you want to go the whole way huh he stepped Back drawed his Pistol his pistol pointing at me I stepped out of my truck he grabbed me threw me against Side of my truck. Stolz made a remote that it was going to Be expensive. he unhandcuffed me and I asked if I was FREE To Go and he said YES I' was walking Back To my Truck he Threw me against my Truck he Pushed me around to Back of my truck threw me against my tailgate and my snowmoBile I PLEAD ThE FIFTH That really made him mad he grabbed me and shoved me With my arms Twisted Behind my Back and shoved me Fifty feet down Beside the Road

Was anyone else involved?

Kalispell Police officers Arroyo AND Tande

| Who did what? | Sheriff department City Spokane WA Did not take actions WITH Badge # 592051 Stolz WITH 18 Complaint Filed against Him Before he Pulled me over |

Artice 6 ~~Clause~~ Paragraph two
This Constitution and the Laws of the United States Wich Shall **be** made in Pursuance Thereof and all treaties made or which shall Be made under the Authority of the United States Shall be the Supreme Law of The Land and The Judges in every State Shall be bound thereby any thing in the Constituting or Laws of any tate to the contrary Not Withstanding

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

as American Citizen living in a constitutional Republic having my constitutional rights Violated by a officer What Swore to uphold are US Constitution.
Right Shoulder injury When he threw me against my Truck tailgate and Snowmobile

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ 700,000

☒ Other (explain):

What I found out through public freedom information I Would like Badge number 592051 Stolz To Be fired and never Be able To hold a Law enforcement Job or security for the public again

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

2/13/2023
Dated

Andy Weimer
Plaintiff's Signature

WEIMER ANDY ACE
Printed Name (Last, First, MI)

1155 Lewis Creek RD    Pierce    ID    83546
Address    City    State    Zip Code

208 792 7412
Telephone Number

idaho.andy92@Gmail.con
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*