UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

*FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON*
*MAY 03 2023*
*SEAN F. McAVOY, CLERK*
*_____ DEPUTY*
*SPOKANE, WASHINGTON*

| | |
|---|---|
| ANDY WEIMER ) | |
|   Plaintiff ) | |
|     V. ) | Civil Action no. 2:23-cv-00045-TOR |
| SHERIFF DEPT CITY OF SPOKANE WA ) | |
| BADGE #592051 STOLZ ) | |
|   Defendant ) | |

**REQUEST FOR DEFAULT JUDGMENT**

TO THE CLERK:

on Feb 16, 2023, Defendant was served the summons.

Defendant did not plead or defend within the 21 day deadline.

On Feb 16, 2023, defendant was served the complaint.

On Feb 16, 2023, affidavit of service was filed in the U.S. District Court, Eastern District Of Washington.

_____

On April 11, 2023, I served Spokane County, with a notice I was going to move forward with the Default Judgement.

As of April 29, 2023, I have got no response from Spokane County.

Plaintiff, Andy Weimer askes the court to file a request for DEFAULT JUDGMENT.

The relief I want the court to order is,

1. Money damages in the amount of $700,000

2. Badge number 592051, Stolz to be fired from law enforcement.

*Andy Weimer* (signature)                                    4-29-2023

Andy Weimer    1155 Lewis Creek, Pierce ID 83546            Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Spokane County Prosecutor
   County City Safety Building
   1100 W Mallon
   Spokane WA 99260-0270

   9590 9402 8078 2349 6690 73

2. Article Number (Transfer from service label)

   7022 0410 0000 1209 6255

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X R West
   ☑ Agent
   ☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt