AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 11, 2023**

SEAN F. McAVOY, CLERK

ANDY ACE WEIMER

    *Plaintiff*

v.

SHERIFF DEPARTMENT CITY SPOKANE WA;
BADGE #592051 STOLZ

    *Defendant*

Civil Action No. 2:23-CV-0045-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion to Dismiss Per FRCP 12(b)(2), (5), and (7) (ECF No. 6) is GRANTED. Plaintiff's Complaint against Defendant Sheriff Department City Spokane WA is DISMISSED with prejudice. Plaintiff's Complaint against Defendant Stolz Badge #592051 is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Defendants' Motion to Dismiss.

Date: 8/11/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
    *(By) Deputy Clerk*

Ruby Mendoza